B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re   **Marichco, Inc. dba The Chef's Table**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| American Express Blue<br>PO Box 1270<br>Newark, NJ 07101-1270 | American Express Blue<br>PO Box 1270<br>Newark, NJ 07101-1270 | Merchandise | | 1,995.61 |
| Amex Business Gold Card<br>PO Box 1270<br>Newark, NJ 07101-1270 | Amex Business Gold Card<br>PO Box 1270<br>Newark, NJ 07101-1270 | Merchandise | | 3,702.15 |
| Big Sky Naturals, Inc.<br>PO Box 471<br>Glastonbury, CT 06033 | Big Sky Naturals, Inc.<br>PO Box 471<br>Glastonbury, CT 06033 | Goods | | 2,319.95 |
| Bruce D. Katz, P.C.<br>58 Saugatuck Ave<br>Westport, CT 06880 | Bruce D. Katz, P.C.<br>58 Saugatuck Ave<br>Westport, CT 06880 | Services | | 4,827.00 |
| Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Merchandise | | 948.80 |
| Connecticut Community Bank, N.A.<br>dba Westport National Bank<br>P.O. Box 309<br>Westport, CT 06881-0309 | Connecticut Community Bank, N.A.<br>dba Westport National Bank<br>P.O. Box 309<br>Westport, CT 06881-0309 | Furniture, fixtures, equipment, inventory, accounts receivable<br>Location: 1561 Post Rd., Fairfield, CT | | 22,078.60<br><br>(900.00 secured) |
| Eastern Bag & Paper<br>PO Box 460<br>Hartford, CT 06141-0460 | Eastern Bag & Paper<br>PO Box 460<br>Hartford, CT 06141-0460 | Goods | Disputed | 15,007.03 |
| Fairfield Food Service<br>PO Box 320502<br>Fairfield, CT 06825 | Fairfield Food Service<br>PO Box 320502<br>Fairfield, CT 06825 | Goods | | 7,134.66 |
| Fred's Service<br>353 Stevenson Rd.<br>Fairfield, CT 06825 | Fred's Service<br>353 Stevenson Rd.<br>Fairfield, CT 06825 | Services | | 6,421.00 |
| Galbo Provisions<br>55 Range Rd.<br>Southport, CT 06890 | Galbo Provisions<br>55 Range Rd.<br>Southport, CT 06890 | Goods | | 3,487.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Marichco, Inc. dba The Chef's Table**                                    Case No.   _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| J. Kings Food Service, Inc.<br>Attn:  Susan Brill, Credit Mgr<br>700 Furrows Rd.<br>Holtsville, NY 11742 | J. Kings Food Service, Inc.<br>Attn:  Susan Brill, Credit Mgr<br>700 Furrows Rd.<br>Holtsville, NY 11742 | Supplies | | 14,135.51 |
| Marcolini Specialties<br>7823 12th Ave<br>Brooklyn, NY 11228 | Marcolini Specialties<br>7823 12th Ave<br>Brooklyn, NY 11228 | Goods | | 1,481.35 |
| Paul the Plumber<br>PO Box 33<br>Seymour, CT 06483 | Paul the Plumber<br>PO Box 33<br>Seymour, CT 06483 | Services | | 2,888.00 |
| Richard M. Coan, Trustee<br>Coan Lewendon et al<br>495 Orange St.<br>New Haven, CT 06511 | Richard M. Coan, Trustee<br>Coan Lewendon et al<br>495 Orange St.<br>New Haven, CT 06511 | Promissory Note | | 64,308.94 |
| RJ MASE<br>PO BOX 2032<br>NORWALK, CT 06852-2032 | RJ MASE<br>PO BOX 2032<br>NORWALK, CT 06852-2032 | Services | | 1,168.74 |
| Rooterman Sewer and Drain Cleaning<br>P.O. Box 3684<br>Milford, CT 06460 | Rooterman Sewer and Drain Cleaning<br>P.O. Box 3684<br>Milford, CT 06460 | Services | Disputed | 1,502.74 |
| Sasco Energy - Mercurio Herring<br>PO Box 31822<br>Hartford, CT 06150-1822 | Sasco Energy - Mercurio Herring<br>PO Box 31822<br>Hartford, CT 06150-1822 | Services - Utilities | | 3,470.00 |
| Standard Oil<br>299 Bishop Ave.<br>PO Box 4005<br>Bridgeport, CT 06607-0005 | Standard Oil<br>299 Bishop Ave.<br>PO Box 4005<br>Bridgeport, CT 06607-0005 | Services - Utilities | | 2,315.00 |
| SYSCO Food Services<br>P.O. Box 4003<br>100 Inwood Road<br>Rocky Hill, CT 06067 | SYSCO Food Services<br>P.O. Box 4003<br>100 Inwood Road<br>Rocky Hill, CT 06067 | Goods | | 14,719.86 |
| Tom Cat Bakery<br>43-05 10th Street<br>Long Island City, NY 11101 | Tom Cat Bakery<br>43-05 10th Street<br>Long Island City, NY 11101 | Goods | | 1,333.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   <u>Marichco, Inc. dba The Chef's Table</u>                          Case No.   <u>                      </u>

                             Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  <u>April 13, 2009</u>                   Signature                                       

                                    **Marie Herzfeld**
                                    **Secretary**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy